1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                            UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,           )   Criminal No. CR 08-0407 JSW
15                                     )
          Plaintiff,                   )
16                                     )
                                       )   **STIPULATION AND [PROPOSED]**
17        v.                           )   **ORDER EXCLUDING TIME**
                                       )
18                                     )
   WILLIAM BENSON PEAVEY, JR.,         )
19                                     )
          Defendant.                   )
20 _____)

21

22        The above-captioned matter came before the Court on July 21, 2008, for initial

23 appearance.  The defendant was represented by Anthony Brass, Esq., and the government was

24 represented by Waqar Hasib, Assistant United States Attorney.  The matter was continued to

25 August 21, 2008, before the Honorable Jeffrey S. White, United States District Court Judge, for

26 initial appearance in district court.

27        The parties did not address the issue of a time exclusion before the Court, but

28 nevertheless hereby agree to and respectfully request that the case be continued until August 21,

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0407 JSW

1  2008, and that an exclusion of time until then be granted. The parties agree and stipulate that the
2  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
3  because the ends of justice served by this continuance outweigh the best interest of the public and
4  the defendant in a speedy trial. The government is about to produce almost 5000 pages of
5  discovery to defense counsel. This time exclusion will allow defense counsel to effectively
6  prepare, taking into account the exercise of due diligence, and will provide for continuity of
7  counsel for the defendant.

DATED: August 24, 2008                             /s/
                                                   ANTHONY J. BRASS
                                                   Counsel for William Peavey


DATED: August 24, 2008                             /s/
                                                   JEFFREY R. FINIGAN
                                                   Assistant U.S. Attorney

So ordered.

DATED:                                             _____
                                                   MARIA-ELENA JAMES
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0407 JSW                    2