**FILED**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

JUL 2 5 2008

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BENSON PEAVEY, JR.,<br><br>Defendant. | Criminal No. CR 08-0407 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

The above-captioned matter came before the Court on July 21, 2008, for initial appearance. The defendant was represented by Anthony Brass, Esq., and the government was represented by Waqar Hasib, Assistant United States Attorney. The matter was continued to August 21, 2008, before the Honorable Jeffrey S. White, United States District Court Judge, for initial appearance in district court.

The parties did not address the issue of a time exclusion before the Court, but nevertheless hereby agree to and respectfully request that the case be continued until August 21,

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0407 JSW

1  2008, and that an exclusion of time until then be granted. The parties agree and stipulate that the
2  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
3  because the ends of justice served by this continuance outweigh the best interest of the public and
4  the defendant in a speedy trial. The government is about to produce almost 5000 pages of
5  discovery to defense counsel. This time exclusion will allow defense counsel to effectively
6  prepare, taking into account the exercise of due diligence, and will provide for continuity of
7  counsel for the defendant.

9  DATED: August 24, 2008                                /s/
                                                          ANTHONY J. BRASS
10                                                        Counsel for William Peavey

12  DATED: August 24, 2008                               /s/
                                                          JEFFREY R. FINIGAN
13                                                        Assistant U.S. Attorney

15  So ordered.

16  DATED: 7-25-08
                                                          MARIA-ELENA JAMES
17                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0407 JSW                              2