UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

Date: August 21, 2008

Case No. CR-08-407 JSW			Judge: Jeffrey S. White

**United States of America   v.  William Benson Peavey, Jr.**
						Defendant
						Present ( X ) Not Present (  ) In-Custody (  )

Jeffrey Finigan				Tony Brass
U.S. Attorney				Defense Counsel

Deputy Clerk: Jennifer Ottolini			Court Reporter: Debra Pas

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to 10-9-08 at 2:30 p.m. for Trial / Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**