JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br>                              )<br>WILLIAM BENSON PEAVEY, JR.,   )<br>                              )<br>           Defendant.         )<br>_____) | Criminal No. CR 08-0407 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on August 21, 2008, for initial appearance.  The defendant was represented by Anthony Brass, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to October 9, 2008, before this Court for scheduling pretrial motions and/or trial setting.

The Court made a finding that the time from and including August 21, 2008, through and including October 9, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0407 JSW

interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until October 9, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 8/26/2008

/s/
ANTHONY J. BRASS
Counsel for William Peavey

DATED: 8/26/2008

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: August 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE